AO 91 (Rev. 08/09)  Criminal Complaint

**FILED**

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

MAR 0 6 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

United States of America )
v. )
CHAVEZ, Israel )   Case No.  DR18- 1932 m-01
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2018-03-04__ in the county of __Maverick__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 930 | Knowingly possesses or causes to be present a firearm or other dangerous weapon in a Federal facility, or attempts to do so. |

This criminal complaint is based on these facts:

On March 4, 2018, US Customs and Border Protection (CBP) Officers encountered Israel CHAVEZ making entry at the Eagle Pass Port of Entry #2, a Federal facility owned and controlled by the Federal Government. CHAVEZ entered the Federal building through the pedestrian lane and approached the primary inspection desk. CHAVEZ provided very short, brief answers to questions by CBP Officers. CHAVEZ was asked if he was bringing anything into the United States, and he responded with a "no". CBP Officers asked CHAVEZ to remove his jacket, and after complying, he laid the jacket on the counter. CBP Officers heard metal objects banging against each other upon hitting the counter. A quick search revealed CHAVEZ had loaded pistol magazines inside his coat pocket. CBP Officers quickly secured the subject's hands behind his back and a thorough search revealed a loaded .45 caliber, Ruger, Model 1911 semi-automatic handgun inside the waistband of CHAVEZ. The weapon and CHAVEZ were secured. After waiving his Miranda Rights, CHAVEZ admitted to HSI Special Agents that he had taken the handgun within to Mexico approximately two hours prior for his own protection. He stated he understood that it was illegal to bring the handgun with him into the United States. Preliminary facts were relayed to the on-duty Assistant U.S. Attorney and federal prosecution for violation of 18 U.S.C. 930 was accepted on CHAVEZ.

☐ Continued on the attached sheet.

*Complainant's signature*

Chet Sanford, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  03/06/2018

*Judge's signature*

City and state:  Del Rio, Texas

United States Magistrate Judge
*Printed name and title*

**Victor Roberto Garcia
U.S. Magistrate Judge**